IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LORA E. NEWLAND,<br>Individually on behalf of all other<br>persons similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    *Defendants*, | §<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 2:09-cv-342<br>§<br>§<br>§<br>§ |

## NOTICE OF PENDING SETTLEMENT

Defendant NCO Financial Systems, Inc., through counsel, submits this Notice of Pending Settlement and states the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                        Respectfully submitted,

                                                      /s/ Jessica A. Henson
                                                      David R. Clouston
                                                      State Bar No. 00787253
                                                      Christopher R. Richie
                                                      State Bar No. 24002839
                                                      Leslye E. Moseley
                                                      State Bar No. 24044557
                                                      Jessica A. Henson
                                                      State Bar No.  24068029

**Sessions, Fishman, Nathan & Israel, LLP**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on this 6thday of January, 2010, a true and correct copy of this document was sent via the court's electronic filing system to the following:

Jeffrey L. Weinstein, P.C.
518 E. Tyler Street
Athens, Texas 75751
(903) 677-5333
(903) 677-3657 Fax

/s/ Jessica A. Henson
Jessica A. Henson

N:\NCO\Newland, Lora E. (CLASS) (6947-09-25286)\Pleadings\Notice of Pending Settlement.doc