# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LORA E. NEWLAND, | § | |
| Individually and on Behalf of All | § | |
| Other Persons Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:09-cv-342 |
| vs. | § | |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lora E. Newland and Defendant NCO Financial Systems, Inc., hereby STIPULATE that the above-styled and numbered action, including all causes of action raised therein, should be DISMISSED WITH PREJUDICE.[1]

---

[1] Although this matter was filed as a class action, the class was never certified. Court approval of the dismissal pursuant to Rule 23(e) of the Federal Rules of Civil Procedure is not, therefore, required.

Respectfully submitted,

\_\_/s/ Bonner C. Walsh_____
Jeffrey L. Weinstein
State Bar No. 21096450
Bonner C. Walsh
State Bar No. 24051766

WEINSTEIN LAW FIRM
518 East Tyler Street
Athens, Texas  75751
903/677-5333 (Telephone)
903/677-3657 (Facsimile)
jeff@longhornlawyer.com
bonner@longhornlawyer.com

**ATTORNEYS FOR PLAINTIFF**


\_\_/s/ Jessica A. Henson_____
David R. Clouston
State Bar No. 00787253
Christopher R. Richie
State Bar No. 24002839
Leslye E. Moseley
State Bar No. 24044557
Jessica A. Henson
State Bar No. 24068029
SESSIONS, FISHMAN, NATHAN
  & ISRAEL, P.C.
900 Jackson Street, Suite 440
Dallas, Texas 75202
214/741-3001 (Telephone)
214/741-3055 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**NCO FINANCIAL SYSTEMS, INC.**