# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LORA E. NEWLAND, Individually and on Behalf of All Other Persons Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. 2:09-cv-342 |
| NCO FINANCIAL SYSTEMS, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff Lora E. Newland and Defendant NCO Financial Systems, Inc., the Court finds that the above-styled and numbered cause of action should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the above-styled and numbered action, including all causes of action raised therein, is hereby DISMISSED WITH PREJUDICE.

SIGNED this 25th day of February, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE